# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER BRUSAMONTI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 20-652 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| XTO ENERGY INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


September 30, 2025                                                s/Cathy Bissoon
                                                                                                       Cathy Bissoon
                                                                                                       United States District Judge


cc (via ECF email notification):

All Counsel of Record